IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REID FLAMER

v.

NCO FINANCIAL SYSTEMS, INC.

NO. 13-CV-00333

FILED
APR 8 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE TUCKER, J.

    AND NOW, to wit, this 8TH day of April, 2013, in accordance with NCO FINANCIAL SYSTEMS, INC.'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68,

    It is ORDERED that judgment is entered in favor of plaintiff REID FLAMER and against defendant NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg